463 A.2d 36

Commonwealth v. Anderson, Appellant.

Submitted March 10, 1983. John Joseph Moran, II, Assistant Public Defender, for appellant; Richard H. Horn, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

463 A.2d 37

Commonwealth v. Baker, Appellant.

Submitted March 23, 1983. Aaron Charles Finestone, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.